UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-mj-468 |
| | ) | |
| WILLIAM BROWN, | ) | -01 |
| a/k/a Jeezy | ) | |
| DAVID WILLIAMS, | ) | -02 |
| FRED DAVIDSON, | ) | -03 |
| DAMON SMITH, | ) | -04 |
| a/k/a Dumm | ) | |
| DUSTIN MURRY, | ) | -05 |
| a/k/a D-Rock | ) | |
| SCOTT FOOR | ) | -06 |
| a/k/a White Boy | ) | |
| MARK NELSON, and | ) | -07 |
| DONTE YORK | ) | -08 |
| | ) | |
| Defendants. | ) | |

**ORDER**

The United States of America has moved the Court to unseal the Complaint and Arrest Warrants in the above-entitled action.

In support of its motion, the United States informed the Court that the arrest warrants have been served and therefore the interests of justice and the needs of the investigation no longer require all of the previous documents to remain under seal.

WHEREFORE, the Court being sufficiently advised, now GRANTS the motion and hereby orders the Clerk of the Court to unseal the Complaint and Arrest Warrants in the above-entitled action.

07/22/2015
Date

*Denise K. LaRue* (signature)

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Copies to:

Michelle P. Brady
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333
Email: Michelle.Brady@usdoj.gov