UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-mj-468 |
| | ) | |
| WILLIAM BROWN, | ) | -01 |
| a/k/a Jeezy | ) | |
| DAVID WILLIAMS, | ) | -02 |
| FRED DAVIDSON, | ) | -03 |
| DAMON SMITH, | ) | -04 |
| a/k/a Dumm | ) | |
| DUSTIN MURRY, | ) | -05 |
| a/k/a D-Rock | ) | |
| SCOTT FOOR | ) | -06 |
| a/k/a White Boy | ) | |
| MARK NELSON, and | ) | -07 |
| DONTE YORK | ) | -08 |
| | ) | |
| Defendants. | ) | |

**ORDER**

The United States of America has moved the Court to order the Pretrial Services Reports be released to counsel of record once the probation officer has them prepared.

In support of its motion, the United States informed the Court that it is in the best interests of a resolution to share the information with defense counsel.

WHEREFORE, the Court being sufficiently advised, now GRANTS the motion and hereby orders the Pretrial Services Reports be released to counsel of record once the probation officer has them prepared in the above-entitled action.

07/24/2015
Date

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.