UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:15-mj-0468 |
| | ) | |
| DAMON SMITH, | ) | - 04 |
| Defendant. | ) | |

# MINUTE ENTRY
## For July 29, 2015

Parties appear for a detention hearing. Defendant appeared in person and by appointed counsel, James Edgar. Government represented by AUSA Michelle Brady. USPO represented by Brittany Neat. Court reporter was Jean Knepley.

Detention hearing held.

Court's Exhibits B admitted.

Testimony proffered and presented.

Arguments presented.

Court grants Government's oral Motion for Pretrial Detention and orders defendant detained.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: July 30, 2015

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.