UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
15 AUG 12 PM 3: 41
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **1:15-cr-0152 SEB-TAB** |
| | ) | Cause No. 1:15-cr- |
| WILLIAM BROWN<br>  a/k/a Jeezy, | ) | -01 |
| DAVID WILLIAMS, | ) | -02 |
| FRED DAVIDSON, | ) | -03 |
| DAMON SMITH<br>  a/k/a Dumm, | ) | -04 |
| DUSTIN MURRY, | ) | -05 |
| SCOTT FOOR, | ) | -06 |
| MARK NELSON, | ) | -07 |
| DONTE YORK, | ) | -08 |
| Defendants. | ) | |

# INDICTMENT

The Grand Jury charges that:

<u>Count One</u>

*(21 U.S.C. 841(a)(1) and 846—Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances)*

Beginning at a date unknown, and continuing up to and including July 22, 2015, in the Southern District of Indiana and elsewhere, WILLIAM BROWN a/k/a Jeezy, DAVID WILLIAMS, FRED DAVIDSON, DAMON SMITH a/k/a Dumm, DUSTIN MURRY, SCOTT FOOR, and MARK NELSON, defendants herein, did knowingly conspire together and with

1

diverse other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 100 grams or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count Two

*(21 U.S.C. 841(a)(1) and 846—Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances)*

Beginning at a date unknown, and continuing up to and including July 22, 2015, in the Southern District of Indiana and elsewhere WILLIAM BROWN a/k/a Jeezy, FRED DAVIDSON, and DONTE YORK, defendants herein, did knowingly conspire together and with diverse other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendants notice that it will seek the forfeiture of property as part of any sentence in accordance with Title 21, United States Code, Section 853.

2. If convicted of any of the offenses set forth in the Indictment, WILLIAM BROWN a/k/a Jeezy, DAVID WILLIAMS, FRED DAVIDSON, DAMON SMITH a/k/a Dumm, DUSTIN MURRY, SCOTT FOOR, MARK NELSON, and DONTE YORK, the defendants

herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which they are convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which they are convicted.

3. Pursuant to Title 21, United States Code, Section 853(p), the court shall order the forfeiture of any other property of the defendants, up to the value of any property described in paragraph 2, if, by any act or omission of the defendants, the property described in paragraph 2, or any portion thereof:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of all forfeitable property as described above in Paragraph 2.

A TRUE BILL

███████████████
Foreperson

JOSH J. MINKLER
United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney

3