UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No.: 1:15-cr-00152-SEB-TAB-4 |
| DAMON SMITH, | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO CONTINUE DETENTION HEARING

This matter is before the court upon Defendant's Motion to Continue Detention Hearing, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the Detention Hearing as to Defendant Damon Smith is hereby continued. The Court now sets the Detention Hearing on the 11th day of ___June___, 2021 at 10:00 a.m. via video teleconference before the criminal duty magistrate judge.

Date: 5/10/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel of record via CM/ECF